**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAIRO GUTIERREZ,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:12-cv-1533-Orl-28KRS**

**RINGHAVER FUNDING, LLC,**

        **Defendant.**

_____

# ORDER

This case is before the Court on the Renewed Joint Motion in Support of Approval of Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. No. 20) filed January 25, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 31, 2013 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

3. The Renewed Joint Motion in Support of Approval of Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. No. 20) is **GRANTED**.

4. Counsel for Plaintiff is prohibited from withholding any amounts payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

5. Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

6. This case is dismissed with prejudice.

7. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record